AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

ROGER LIBBY,

      Petitioner,       JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:04-cv-0038-LRH-RAM**

E.K. McDANIEL, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that petitioner's amended petition for writ of habeas corpus [39] is DENIED. FURTHER ORDERED that a Certificate of Appealability is DENIED.

March 31, 2011                                         **LANCE S. WILSON**
                                                                                            Clerk

                                                                      /s/ M. Campbell
                                                                      Deputy Clerk